# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JIM GARCIA,

        Plaintiff,          No. 1:22-cv-01222-RTH
                           (Judge Holte)

   v.

THE UNITED STATES

        Defendant.


### PLAINTIFF'S MOTION TO OPPOSE DEFENDANT'S REQUEST FOR A 60 DAY ENLARGEMENT

Plaintiff oppose's any enlargement and request the Court

deny this motion by the defendant.  The U.S. Army had

sufficient time to respond and has not done so.  Plaintiff

has been contacting the Secretary of the Army since

approximately 2017 on several occasions asking for

assistance in plaintiffs CRSC pay issue.  The plead for

assistance from the Plaintiff has to this date been

unanswered by the Secretary of the Army.  Plaintiff's

plead for assistance was continuously forwarded to

another agency.

Additionally, the law is clear on CRSC pay for individuals

*1*

with a VA rating of unemployability.

For these reason's Plaintiff respectfully request the Court

deny Defendant's motion for any enlargement.

Respectfully submitted


Jim Garcia
Pro Se
October 26,2022
garciaaj5@hotmail.com
702-245-8706

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that this 26th

day of October 2022, I caused a copy of the foregoing

"PLAINTIFF'S MOTION FOR THE COURT TO DENY ANY

ENLARGEMENT TO THE DEFENDANT" To be served upon

the defendant through the Court's electronic filing system.

Jim Garcia
October 26, 2022
garciaaj5@hotmail.com
702-245-8706